UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00018-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CHRISTOPHER ANTOINE DURHAM,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Dismiss Count One of the Indictment and Motion to Suppress. The court will calendar those motions for hearing in advance of the May trial term.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Dismiss Count One of the Indictment (#11) and Motion to Suppress (#10) are **CALENDARED** for hearing on May 13, 2014, at 4 p.m.

Signed: 5/7/2014

Max O. Cogburn Jr.
United States District Judge