UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00018-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CHRISTOPHER ANTOINE DURHAM,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Dismiss Count One of the Indictment and Motion to Suppress. The court will re-calendar those motions for hearing at the conclusion of calendar call on Monday, May 19, 2014, in light of the extension of time earlier granted. In the event those motions are denied, the parties should be prepared to go forward with trial or otherwise dispose of the case during the May Term.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Dismiss Count One of the Indictment (#11) and Motion to Suppress (#10) are **RECALENDARED** for hearing on Monday, May 19, 2014, at the conclusion of calendar call.

Signed: 5/9/2014

Max O. Cogburn Jr.
United States District Judge